IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ERIK TURNER . PLAINTIFF

v.    CIVIL NO. 3:15-cv-3117-MEF

CAROLYN COLVIN, Acting Commissioner
Social Security Administration    DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Erik Turner, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner").  ECF No. 1.  On May 19, 2016, Plaintiff filed a Motion to Dismiss.  ECF No. 10.  Plaintiff now concedes that substantial evidence supports the Commissioner's determination that he is not disabled.  Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 22nd day of May, 2016.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE